IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DANA M. HIGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 114-099 |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Presently before the Court is a motion filed by Plaintiff titled "motion for seponea [sic]" in which Plaintiff lists the addresses of different doctors and his former lawyer at the administrative level. (Doc. no. 22.) Under a standing order in the Southern District, *pro se* litigants must explain, *ex parte*, in writing to the Court the necessity of the subpoena. In re Subpoenas, MC 496-006, doc. no. 1 (S.D. Ga. Jan. 16, 1996). Plaintiff's motion does not explain the necessity for the subpoenas but rather simply lists addresses. Furthermore, review of a decision by the Commissioner of Social Security is usually solely based upon the transcript of the record and the pleadings. See 42 U.S.C. § 402(g). Accordingly, the Court **DENIES** Plaintiff's "motion for seponea [sic]." (Doc. no. 22.)

SO ORDERED this 2nd day of December, 2014, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA